IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMA ANTHONY HALL,                            No. Civ. S-05-2581-DFL-CMK-P

      Petitioner,                                        ORDER

  v.

HOANG, et al.,

      Respondents.        /

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability.

      Before petitioner can appeal this court's dismissal of his application for a writ of habeas corpus, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required

showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's Findings and Recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Specifically, a Fourth Amendment claim is cognizable in habeas only if the petitioner lacked an opportunity to fully and fairly litigate it in state court.  Stone v. Powell, 428 U.S. 465, 494 (1976).   Petitioner had such an opportunity when he raised his Fourth Amendment claim in state court on direct appeal of his conviction.

        Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is denied.

    IT IS SO ORDERED.

Dated:  March 2, 2007

                                              /s/ David F. Levi_____
                                              DAVID F. LEVI
                                              United States District Judge